■ MARGY BIELOWSKY, Respondent, v SOL BIELOWSKY, Appellant.—In an action for divorce, defendant appeals, as limited by his brief, from so much of a judgment of the Supreme Court, Nassau County, entered December 5, 1977, as directed him to pay to plaintiff's attorney the sum of $10,000 as an additional counsel fee. Judgment modified, on the facts, by reducing the additional counsel fee award to $7,000. As so modified, judgment affirmed insofar as appealed from, without costs or disbursements. The additional counsel fee award was excessive to the extent indicated herein. Martuscello, J. P., Damiani, Shapiro and O'Connor, JJ., concur.

■ BRECK CONTRACTING CORP., Appellant, v FOX LEDGE CORP. (ILEMAR CORP.) et al., Respondents.—Appeals by plaintiff from six orders of the Supreme Court, Suffolk County, all dated July 7, 1977, each of which denied a motion to amend a notice of mechanic's lien. Orders affirmed, without costs or disbursements. While we do not regard plaintiff's motions to amend *nunc pro tunc,* brought on by orders to show cause, as an attempt to reargue a prior order denying such relief, we find that on the record presented plaintiff has failed to establish that the work and materials were furnished on October 21, 1973 as it claims. Suozzi, J. P., Cohalan, Margett and Hawkins, JJ., concur.